

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

John S. Williamson,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CV57385.

Vs. No. 11-24-00143-CV

\* October 31, 2024

Green Tree North Homeowners
Association, Inc.; Green Tree
Architectural Control Committee;
and Green Tree Country Club, Inc.,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against John S. Williamson.